# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THERAPY STORES, INC.,** | Case No.: 16-cv-02588-YGR |
| **Plaintiff,** | **ORDER GRANTING IN PART MOTION AND DENYING IN PART MOTION TO STRIKE** |
| **vs.** | |
| **JGV APPAREL GROUP, LLC** | |
| **Defendant.** | |

Plaintiff Therapy Stores, Inc. filed its complaint on May 13, 2016. (Dkt. No. 1, "Complaint".) Defendant JGV Apparel Group, LLC filed a Motion to Strike certain paragraphs and exhibits from the Complaint on April 29, 2017. (Dkt. No. 48, "Motion"). It filed a notice of errata and correction later that day. (Dkt. No. 50, "Notice of Correction".) The Court met with the parties and addressed the Motion on May 1, 2017.

Having carefully considered the Motion, Notice of Corrections, and oral arguments submitted in this matter, and for the reasons set forth in full detail on the record on May 1, 2017, Defendant's Motion is **GRANTED IN PART** with regard to Exhibits 1-4 of the Complaint. Otherwise the Motion is **DENIED**.

This Order terminates Dkt. No. 48.

**IT IS SO ORDERED**.

Dated: May 3, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**